IN THE UNITED STATE DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | CASE NO. 1:19-op-45077 |
| *Town of Tewksbury, Massachusetts* vs. *Amerisourcebergen Drug Corporation, et al.* | ) ) ) ) | JUDGE DAN AARON POLSTER |

## PLAINTIFF'S NOTICE OF FILING WAIVERS OF SERVICE

COMES NOW Plaintiff Town of Tewksbury, Massachusetts, by and through undersigned counsel, and gives Notice of Filing Waivers of Service pursuant to Federal Rule of Civil Procedure 4(d), attached as Composite Exhibit A, against the following Defendants:

Amerisourcebergen Drug Corporation

Cardinal Health, Inc.

McKesson Corporation

Purdue Pharma L.P.

Purdue Pharma, Inc.

The Purdue Frederick Company, Inc.

TEVA Pharmaceuticals USA, Inc.

Cephalon, Inc.

Johnson & Johnson

Janssen Pharmaceuticals, Inc.

Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc.

Janssen Pharmaceutica Inc., n/k/a Janssen Pharmaceuticals, Inc.

Noramco, Inc.

Endo Health Solutions Inc.

Endo Pharmaceuticals, Inc.

Allergan Finance LLC, f/k/a Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc.

Watson Laboratories, Inc.

Actavis LLC

Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.

Mallinckrodt LLC

Dated: April 4, 2019          RESPECTFULLY SUBMITTED:

/s/ *James C. Peterson*_____
James C. Peterson
**HILL, PETERSON, CARPER,
   BEE & DEITZLER, PLLC**
NorthGate Business Park
500 Tracy Way
Charleston, WV  25311
Tel.:  304-345-5667
Fax:  304-345-1519
jcpeterson@hpcbd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, a copy of the foregoing **NOTICE OF FILING WAIVERS OF SERVICE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James C. Peterson*_____
James C. Peterson
**HILL, PETERSON, CARPER,**
  **BEE & DEITZLER, PLLC**
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311
Tel.: 304-345-5667
Fax: 304-345-1519
  jcpeterson@hpcbd.com