AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| _Defendant_ | ) |

Civil Action No.  1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
    _(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions runder Rule12. Defendants will not answer or move under Rule12 unless so ordered by the Court.  The failure to file an answer or motion under Rule12 will not be grounds for a default judgement.

Date:  February 22, 2019

_Signature of the attorney or unrepresented party_

| | |
|---|---|
| Amerisourcebergen Drug Corporation | Shannon E. McClure |
| _Printed name of party waiving service of summons_ | _Printed Name_ |
| | Reed Smith LLP |
| | Three Logan Square, Suite 1300 |
| | Philadelphia, PA  19103 |
| | _Address_ |
| | smcclure@reedsmith.com |
| | _E-mail Address_ |
| | (215) 851-8100 |
| | _Telephone number_ |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions runder Rule12. Defendants will not answer or move under Rule12 unless so ordered by the Court.  The failure to file an answer or motion under Rule12 will not be grounds for a default judgement.

Date:  2/21/2019

_____
*Signature of the attorney or unrepresented party*

Cardinal Health, Inc.

*Printed name of party waiving service of summons*

Emily Pistilli

*Printed Name*

Williams & Conolly LLP
725 Twelfth Street, NW
Washington, DC  20005

*Address*

epistilli@wc.com

*E-mail Address*

(202) 434-5652

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-op-45077 |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions runder Rule12. Defendants will not answer or move under Rule12 unless so ordered by the Court.  The failure to file an answer or motion under Rule12 will not be grounds for a default judgement.

Date: _____ APR 0 3 2019 _____                    _____
                                                  *Signature of the attorney or unrepresented party*

_____                          Nathan Shafroth
    McKesson Corporation                            _____
*Printed name of party waiving service of summons*      *Printed Name*

                                                  Covington & Burling LLP
                                                  One Front Street, Suite 3500
                                                  San Francisco, CA  94111
                                                  _____
                                                       *Address*

                                                  nshafroth@cov.com
                                                  _____
                                                     *E-mail Address*

                                                  (415) 591-7053
                                                  _____
                                                    *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Town of Tewksbury, Massachusetts | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
| Amerisourcebergen Drug Corp., et al. | ) | Civil Action No.  1:19-op-45077 |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  02/22/2019

| | |
|---|---|
| | /s/ Hayden Coleman |
| | *Signature of the attorney or unrepresented party* |
| Purdue Pharma LP | Hayden Coleman |
| *Printed name of party waiving service of summons* | *Printed Name* |
| | Dechert LLP |
| | Three Bryant Park, 1093 Avenue of the Americas |
| | New York, NY  10036-6797 |
| | *Address* |
| | hayden.coleman@dechert.com; sam.rosen@dechert.com |
| | *E-mail Address* |
| | 212-698-3500 |
| | *Telephone number* |

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

Purdue Pharma LP

Hayden Coleman

Dechert LLP

Three Bryant Park, 1093 Avenue of the Americas

hayden.coleman@dechert.com;

sam.roseh@dechert.com

New York, NY  10036-6797

a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the
### Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| _Defendant_ | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To:        James C. Peterson
           _(Name of the plaintiff's attorney or unrepresented plaintiff)_

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:    02/22/2019

          Purdue Pharma, Inc.
       _Printed name of party waiving service of summons_

                             /s/ Hayden A. Coleman
                       _Signature of the attorney or unrepresented party_

                           Hayden A. Colemen
                                _Printed Name_

                                Dechert LLP
         Three Bryant Park, 1093 Avenue of the Americas
                        New York, NY 10036-6797
                                _Address_

                         hayden.coleman@dechert.com;
                         sam.rosen@dechert.com
                                _E-mail Address_

                              212-698-3500
                                _Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To:        James C. Peterson

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

Purdue Pharma, Inc.

Hayden A. Colemen

Dechert LLP

Three Bryant Park, 1093 Avenue of the Americas

hayden.coleman@dechert.com;

sam.rosen@dechert.com

212-698-3500

New York, NY  10036-6797

a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| Town of Tewksbury, Massachusetts | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:19-op-45077 |
| Amerisourcebergen Drug Corp., et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  02/22/2019

The Purdue Frederick Company, Inc.
*Printed name of party waiving service of summons*

/s/ Hayden A. Coleman
*Signature of the attorney or unrepresented party*

Hayden A. Coleman
*Printed Name*

Dechert, LLP
Three Bryant Park, 1093 Avenue of the Americas
New York, NY  10036-6797
*Address*

Hayden.coleman@dechert.com;
sam.rosen@dechert.com
*E-mail Address*

(212) 698-3500
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

The Purdue Frederick Company, Inc.

Hayden A. Coleman

Dechert, LLP

Three Bryant Park, 1093 Avenue of the Americas

Hayden.coleman@dechert.com;
sam.rosen@dechert.com

New York, NY 10036-6797

a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the
#### Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: _____2/21/2019_____

_____
*Signature of the attorney or unrepresented party*

Watson Laboratories, Inc.
_____
*Printed name of party waiving service of summons*

Evan K. Jacobs
_____
*Printed Name*

Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
_____
*Address*

evan.jacobs@morganlewis.com
_____
*E-mail Address*

(215) 963-5329
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  ____2/21/2019____

_____
*Signature of the attorney or unrepresented party*

_____Cephalon, Inc._____
*Printed name of party waiving service of summons*

Evan K. Jacobs
*Printed Name*

Morgan, Lewis, & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
*Address*

evan.jacobs@morganlewis.com
*E-mail Address*

(215) 963-5329
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To:          James C. Peterson
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:     2/21/2019

_____
*Signature of the attorney or unrepresented party*

Teva Pharmaceuticals USA, Inc.
_____
*Printed name of party waiving service of summons*

Evan K. Jacobs
*Printed Name*

Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  29103
*Address*

evan.jacobs@morganlewis.com
*E-mail Address*

(215) 963-5329
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: ____2/21/2019____

_____
*Signature of the attorney or unrepresented party*

Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.
*Printed name of party waiving service of summons*

Evan K. Jacobs
*Printed Name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
*Address*

evan.jacobs@morganlewis.com
*E-mail Address*

215-963-5329
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: ____2/21/2019____

_____
*Signature of the attorney or unrepresented party*

_____
Actavis LLC
*Printed name of party waiving service of summons*

Evan K. Jacobs
*Printed Name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
*Address*

evan.jacobs@morganlewis.com
*E-mail Address*

215-963-5329
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| _Defendant_ | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 3/15/2019

_____ Johnson & Johnson _____
Printed name of party waiving service of summons

_Stella D Kim | skk_
Signature of the attorney or unrepresented party

_Stella D. Kim_
~~Jennifer Cardelus~~
Printed Name

O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
Address

_skim_
~~jcardelus~~@omm.com;skemp@omm.com
E-mail Address

(213) 430-6000
Telephone number

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) Civil Action No. 1:19-op-45077 |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 3/15/2019

*Signature of the attorney or unrepresented party*
Stella D. Kim
~~Jennifer Cardeuls~~

Janssen Pharmaceuticals, Inc.
*Printed name of party waiving service of summons*

*Printed Name*

O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
*Address*

~~jcardelus~~@omm.com;skemp@omm.com
*E-mail Address*

(213) 430-6000
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To:     James C. Peterson
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 3/15/2019

Janssen Pharmaceutica, Inc. n/k/a Janssen
*Printed name of party waiving service of summons*

Pharmaceuticals, Inc.

*Signature of the attorney or unrepresented party*

Jennifer Cardelus
*Printed Name*

O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
*Address*

jcardelus@omm.com;skemp@omm.com
*E-mail Address*

(213) 430-6000
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To:      James C. Peterson
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 3/15/2019

Ortho-McNeil-Janssen Pharmaceuticals, Inc.
*Printed name of party waiving service of summons*

n/k/a Janssen Pharmaceuticals, Inc.

*Signature of the attorney or unrepresented party*
Stella D. Kim
Jennifer Cardelus
*Printed Name*

O'Melveny & Meyers, LLP
400 South Hope Street
Los Angeles, CA  90071
*Address*

jcardelus@omm.com;skemp@omm.com
*E-mail Address*

(213) 430-6000
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: _____ 2/25/2019 _____

_____
*Signature of the attorney or unrepresented party*

_____
Noramco, Inc.
*Printed name of party waiving service of summons*

Daniel G. Jarcho
*Printed Name*

Alston & Byrd, LLP
950 F Street NW
Washington, DC  20004
*Address*

daniel.jarcho@alston.com
*E-mail Address*

(202) 239-3254
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Town of Tewksbury, Massachusetts | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:19-op-45077 |
| Amerisourcebergen Drug Corp., et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an anwer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: _____3/13/2019_____

_____
Endo Health Solutions Inc.
*Printed name of party waiving service of summons*

/s/ Sean Morris
_____
*Signature of the attorney or unrepresented party*

Sean Morris
_____
*Printed Name*

Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, Ste. 4400
Los Angeles, CA  90017
_____
*Address*

sean.morris@apks.com
_____
*E-mail Address*

(213) 243-4000
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: ____3/13/2019____

_____ /s/ Sean Morris _____
*Signature of the attorney or unrepresented party*

Endo Pharmaceuticals Inc.
*Printed name of party waiving service of summons*

Sean Morris
*Printed Name*

Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, Ste. 4400
Los Angeles, CA 90017
*Address*

sean.morris@apks.com
*E-mail Address*

(213) 243-4000
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| _Defendant_ | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: _____3/13/2019_____

_____/s/ Sean Morris_____
_Signature of the attorney or unrepresented party_

Par Pharmaceutical Companies, Inc.
_Printed name of party waiving service of summons_

Sean Morris
_Printed Name_

Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017
_Address_

sean.morris@arnoldporter.com
_E-mail Address_

213-243-4000
_Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| Town of Tewksbury, Massachusetts | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: ___ 3/13/2019 ___

/s/ Sean Morris

*Signature of the attorney or unrepresented party*

Par Pharmaceutical, Inc.

*Printed name of party waiving service of summons*

Sean Morris

*Printed Name*

Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017

*Address*

sean.morris@arnoldporter.com

*E-mail Address*

213-243-4000

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| Town of Tewksbury, Massachusetts | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:19-op-45077 |
| Amerisourcebergen Drug Corp., et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 2/20/2019
_____

/s/ Timothy W. Knapp
_____
*Signature of the attorney or unrepresented party*

Allergan Finance, LLC f/k/a Actavis Inc., f/k/a
_____
*Printed name of party waiving service of summons*

Watson Pharmaceuticals, Inc.

Timothy W. Knapp
_____
*Printed Name*

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
_____
*Address*

timothy.knapp@kirkland.com;
michael.lefevour@kirkland.com
_____
*E-mail Address*

312-862-2000
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-op-45077 |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 3/21/19

Signature of the attorney or unrepresented party

Mallinckrodt LLC

*Printed name of party waiving service of summons*

Andrew O'Connor

*Printed Name*

Ropes & Gray, LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600

*Address*

Andrew.O'Connor@ropesgray.com

*E-mail Address*

(617) 951-7000

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | )|
| *Plaintiff* | )|
| v. | )|
| Amerisourcebergen Drug Corp., et al. | )|
| *Defendant* | )|

Civil Action No. 1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To:     James C. Peterson
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 3/21/19

_____
*Signature of the attorney or unrepresented party*

SpecGX LLC
_____
*Printed name of party waiving service of summons*

Andrew O'Connor
_____
*Printed Name*

Ropes & Gray LLP
Prudential Towner 800 Boylston Street
Boston, MA 617-951-7000
_____
*Address*

Andrew.O'Connor@ropesgray.com
_____
*E-mail Address*

617-951-7000
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-op-45077 |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent. *See CMO - 1*

Date: 3/15/19

Insys Therapeutics, Inc.
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

Joseph L. Franco
*Printed Name*

Holland & Knight LLP
2300 U.S. Bancorp Tower, 111 S.W. Fifth Avenue
Portland, OR 97204
*Address*

joe.franco@hklaw.com
*E-mail Address*

(503) 243-2300
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons [MODIFIED]

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp. et al. | ) |
| *Defendant* | ) |

Civil Action No.    1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To:    JAMES C. PETERSON

　　　*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   2/27/19

CVS HEALTH CORPORATION, Individually and
d/b/a CVS Pharmacy, Inc.
_____
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

Jason Acton
*Printed name*
Zuckerman Spaeder LLP
1800 M Street N.W., Suite 1000
Washington, DC  20036
*Address*

jacton@zuckerman.com
*E-mail address*

(202) 778-1860
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Tewksbury, Massachusetts | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 02/19/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: February 25, 2019

H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co.
*Printed name of party waiving service of summons*

***/s/ Kathleen L. Matsoukas***
*Signature of the attorney or unrepresented party*

Kathleen L. Matsoukas
*Printed Name*

Barnes & Thornburg, LLP
11 South Meridian Street
Indianapolis, IN  46204
*Address*

kathleen.matsoukas@btlaw.com
*E-mail Address*

317-236-1313
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | This document applies to:  See attached case list |

## WAIVER OF THE SERVICE OF SUMMONS

To:  _____
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  _____

                                       _____
                                       *Signature of the attorney or unrepresented party*

_____                         _____
   *Printed name of party waiving service of summons*                                        *Printed name*

                                              _____
                                               *Address*

                                              _____
                                            *E-mail address*

                                              _____
                                           *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Plaintiff | MDL Civil Action No. |
|---|---|
| Town of Dedham, MA | 1:19-op-45039 |
| Town of Athol, MA | 1:19-op-45058 |
| Town of Rehoboth, MA | 1:19-op-45059 |
| Town of Fairhaven, MA | 1:19-op-45060 |
| Town of Norwood, MA | 1:19-op-45601 |
| Town of Brookline, MA | 1:19-op-45062 |
| Town of Scituate, MA | 1:19-op-45063 |
| Town of Orange, MA | 1:19-op-45070 |
| Town of Tewksbury, MA | 1:19-op-45077 |

MODIFIED

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| Town of Tewksbury, Massachusetts, | ) |
|---|---|
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corporation, et al. | ) |
| _Defendant_ | ) |

Civil Action No.  1:19-op-45077

## WAIVER OF THE SERVICE OF SUMMONS

To:  JAMES C. PETERSON

_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  03/24/2018

/s/ Tara A. Fumerton

_Signature of the attorney or unrepresented party_

Walmart Inc. and Wal-Mart Stores East, LP

_Printed name of party waiving service of summons_

Tara A. Fumerton

_Printed name_

Jones Day
77 W. Wacker Dr.
Chicago, IL 60601

_Address_

tfumerton@jonesday.com

_E-mail address_

(312) 782-3939

_Telephone number_

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons - MODIFIED

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Town of Tewksbury, Massachusetts | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:19-op-45077 |
| Amerisourcebergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  James C. Peterson

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  March 8, 2019

Walgreens Boots Alliance, Inc.

*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Kaspar J. Stoffelmayr

*Printed name*

Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654

*Address*

kaspar.stoffelmayr@bartlit-beck.com

*E-mail address*

(312) 494-4400

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.